■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered October 31, 1984, convicting him of criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

A review of the record establishes that the defendant failed to meet his burden of proving that his 1975 felony conviction was unconstitutionally obtained *(see,* CPL 400.21 [7] [b]; *People v Harris,* 61 NY2d 9). Accordingly, the defendant was properly adjudicated a second felony offender.

Claims of error in the prosecutor's summation, to the extent that they have been preserved for appellate review, are meritless. Bracken, J. P., Brown, Weinstein and Rubin, JJ., concur.